# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 14 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15-cr-00176 – LJO/SKO - 001
Marion Berryhill )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Marion Berryhill**, have discussed with **Francisco J. Guerrero**, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in the substance abuse treatment program at Westcare, California, and comply with all the rules and regulations of the program. You shall remain at Westcare, California inpatient facility until released by the pretrial services officer: A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

The Home Detention with Location Monitoring condition shall be removed while participating in the residential treatment program at Westcare, California.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-14-15        _____  10/14/15
Signature of Defendant   Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                               10/14/15
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                               10-14-15
Signature of Defense Counsel                         Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on **10/15/2015**.
☐ The above modification of conditions of release is *not* ordered.

_____                               10/14/2015
Signature of Judicial Officer                        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services