PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00176 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR EXCLUSION OF TIME |
| vs. | |
| MARION BERRYHILL, | |
| Defendant. | |

Plaintiff the United States of America ("government") and defendant MARION BERRYHILL, by and through their attorneys of record, jointly stipulate as follows:

1. The next status conference in this matter is set for August 15, 2016.
2. The time between (a) the entry of the Order attached to this stipulation and (b) August 15, 2016 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv) in this matter because the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual

//

//

//

complexity of the case and the seriousness of the charges involved.

Dated:  June 22, 2016

        /s/ Monica Bermudez
MONICA BERMUDEZ
Attorney for Defendant
MARION BERRYHILL

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Patrick R. Delahunty
     PATRICK R. DELAHUNTY
     Assistant U.S. Attorney
     Attorney for the United States

## ORDER

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that:

The time between (a) the entry of this Order and (b) August 15, 2016 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv) in this matter because the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

IT IS SO ORDERED.

Dated:  **June 23, 2016**        /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE