PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00176 LJO |
|---|---|
| Plaintiff, | ORDER PERMITTING DEFENDANT'S WITHDRAWAL OF GUILTY PLEA |
| v. | |
| MARION BERRYHILL, | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS defendant's request to withdraw the guilty plea defendant entered in this matter on December 12, 2016, to Count One of the Indictment, a violation of 18 U.S.C. § 471 (Counterfeiting U.S. Obligations).

IT IS SO ORDERED.

Dated:   **March 14, 2017**            /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

ORDER PERMITTING WITHDRAWAL OF GUILTY PLEA              1