PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-00176-LJO |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| MARION BERRYHILL, | |
| Defendant. | |

Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the indictment in this matter without prejudice as against defendant MARION BERRYHILL.

IT IS SO ORDERED.

Dated:   **March 14, 2017**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE